No. 96–8809. IN RE WRIGHT. Petition for writ of habeas corpus denied.

No. 96–1675. IN RE GELB; and
No. 96–8392. IN RE ANDERSON. Petitions for writs of mandamus denied.

No. 96–1487. UNITED STATES v. BAJAKAJIAN. C. A. 9th Cir. Certiorari granted.

No. 96–1279. ROGERS v. UNITED STATES. C. A. 11th Cir. Certiorari granted limited to the following question: "Whether a district court's failure to instruct the jury on an element of an offense is harmless error where, at trial, the defendant admitted that element?"

No. 96–7901. TREST v. CAIN, WARDEN. C. A. 5th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted limited to Question 1 presented by the petition.

No. 96–752. ARAMONY ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–1163. MALLOTT & PETERSON ET AL. v. STADTMILLER ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1242. ARMSTRONG ET AL. v. EXECUTIVE OFFICE OF THE PRESIDENT ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–1310. SALAZAR-HARO v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied.

No. 96–1324. ZARNES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–1415. SUFFOLK PARENTS OF HANDICAPPED ADULTS ET AL. v. WINGATE, COMMISSIONER, SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.